THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEW YORK JUVENILE ASYLUM, Appellant, *v.* FRANK A. O'DONNELL et al., as Commissioners of Taxes and Assessments for the City of New York, Respondents. ·

*People ex rel. N. Y. Juvenile Asylum* v. *O'Donnell,* 114 App. Div. 902, affirmed.
(Argued November 12, 1906; decided November 27, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department entered June

15, 1906, which affirmed an order of Special Term dismissing a writ of certiorari and confirming an assessment for taxation.

*Arthur F. Cosby* for appellant.

*William B. Ellison, Corporation Counsel (George S. Coleman* and *William H. King* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.